```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 06 B 16269
   DESMOND MARION SR
                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-8596


------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 12/09/2006 and was confirmed 02/21/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 01/21/2009.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                              PAID          PAID
------------------------------------------------------------------------------
NATIONAL CITY MORTGAGE     CURRENT MORTG          .00           .00           .00
NATIONAL CITY MORTGAGE     MORTGAGE ARRE      4740.43           .00       4740.43
WELLS FARGO AUTO FINANCE   SECURED VEHIC      4900.00        711.57       4900.00
WELLS FARGO AUTO FINANCE   UNSEC W/INTER          .47           .00           .00
WELLS FARGO AUTO FINANCE   NOTICE ONLY    NOT FILED             .00           .00
AFNI INC                   UNSEC W/INTER  NOT FILED             .00           .00
AFNI-BLOOM                 NOTICE ONLY    NOT FILED             .00           .00
BANK ONE NATIONAL PLAZA    NOTICE ONLY    NOT FILED             .00           .00
CHASE                      NOTICE ONLY    NOT FILED             .00           .00
CHASE                      NOTICE ONLY    NOT FILED             .00           .00
CITIZENS FINANCE COMPANY   UNSEC W/INTER  NOT FILED             .00           .00
FIRST PREMIER BANK         UNSEC W/INTER  NOT FILED             .00           .00
IDAPP                      UNSEC W/INTER          .00           .00           .00
IDAPP                      UNSEC W/INTER          .00           .00           .00
JAMES B NUTTER & CO        NOTICE ONLY    NOT FILED             .00           .00
MEDICAL BUSINESS BUREAU    UNSEC W/INTER  NOT FILED             .00           .00
MIDLAND CREDIT MANAGEMEN   UNSEC W/INTER       153.08           .00           .00
NATIONWIDE CREDIT CO       UNSEC W/INTER  NOT FILED             .00           .00
NICOR GAS                  UNSEC W/INTER       653.33           .00           .00
NORTHWEST COLLECTION       UNSEC W/INTER  NOT FILED             .00           .00
NORTHWEST COLLECTION       UNSEC W/INTER  NOT FILED             .00           .00
RMI/MCSI                   UNSEC W/INTER       750.00           .00           .00
SALLIE MAE GUARANTEE SER   UNSEC W/INTER          .00           .00           .00
SKY RECOVERY               UNSEC W/INTER  NOT FILED             .00           .00
UNIFUND LPD LLC            UNSEC W/INTER  NOT FILED             .00           .00
USA FUNDS                  NOTICE ONLY    NOT FILED             .00           .00
VANRU CREDIT               UNSEC W/INTER  NOT FILED             .00           .00
WASHINGTON MUTUAL/PROVID   NOTICE ONLY    NOT FILED             .00           .00
WELLS FARGO HOME MTG       NOTICE ONLY    NOT FILED             .00           .00
RX ACQUISITIONS LLC        UNSEC W/INTER       130.00           .00           .00
RX ACQUISITIONS LLC        UNSEC W/INTER       225.52           .00           .00
ISAC                       UNSEC W/INTER          .00           .00           .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 06 B 16269 DESMOND MARION SR
```

```
CITIZENS FINANCE COMPANY  SECURED NOT I   8940.46              .00              .00
ILLINOIS DEPT OF REVENUE  PRIORITY         848.51              .00              .00
ILLINOIS DEPT OF REVENUE  UNSEC W/INTER    138.99              .00              .00
STEVEN A LEAHY            DEBTOR ATTY    1,140.00                          1,140.00
TOM VAUGHN                TRUSTEE                                            858.00
DEBTOR REFUND             REFUND                                                .00
```

        Summary of Receipts and Disbursements:
```
------------------------------------------------------------------------------
                           RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                   12,350.00

PRIORITY                                             .00
SECURED                                         9,640.43
    INTEREST                                      711.57
UNSECURED                                            .00
ADMINISTRATIVE                                  1,140.00
TRUSTEE COMPENSATION                              858.00
DEBTOR REFUND                                        .00
                       ---------------    ---------------
TOTALS                    12,350.00            12,350.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
     Dated: 03/05/09             _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE